IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40511
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ELENO JIMENEZ-ARAUJO,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-97-CR-298-1
- - - - - - - - - -
December 9, 1998

Before DAVIS, DeMOSS and STEWART, Circuit Judges.

PER CURIAM:[*]

      Court-appointed counsel for Eleno Jimenez-Araujo ("Jimenez-Araujo") has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967).  Jimenez-Araujo has not filed a response.  Our independent review of the brief and the record discloses no nonfrivolous issue.  Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.

_____

      [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.